## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

|  |  |  |
|---|---|---|
| MARC S. ROSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-2489-KHV |
| | ) | |
| THE OFFICE OF SERVICEMEMBERS' | ) | |
| GROUP LIFE INSURANCE, a subsidiary of | ) | |
| The Prudential Insurance Company of | ) | |
| America and PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

NOW on this 21st day of August, 2008, the parties appear by and through their counsel of record and announce to the Court that it has been stipulated and agreed by and between said parties that the above-captioned action should be dismissed with prejudice.

The Court, after hearing the statements of counsel, reviewing the court file, and being duly advised in the premises finds that the above case should be and is hereby dismissed with prejudice. Each party will bear their own costs and attorney fees.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-referenced case is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
Kathryn H. Vratil
UNITED STATES DISTRICT JUDGE

*Rosen v. The Prudential Insurance Company of America*
Case No. 07-2489-KHV
**JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE**
Page 2

---

APPROVED BY:


By: s/Marc S. Rosen
    Marc S. Rosen
    Lieutenant Commander, United States Navy
    PSC 817 Box 8
    FPO AE 09622
    Email: marc.rosen@eu.navy.mil
           mrosen5@yahoo.com
    *Plaintiff Pro Se*


SHERWOOD, HARPER, DAKAN,
  UNRUH & PRATT, LC


By: s/ Terry L. Unruh
    Terry L. Unruh, Bar No. 10084
    833 North Waco
    P.O. Box 830
    Wichita, KS 67201-0830
    Telephone:  316-267-1281
    Facsimile:  316-267-4086
    E-Mail:  terry.unruh@swbell.net
    *Attorneys for Defendant*